**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 36  
**IP Address:** 71.105.117.196  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FC0728B77E121DB643B429CD2FBC5B7BEFC88885<br>File Hash:<br>E8CB1FC3735BF80A2FE415BBBBC6DD7455456562D30529732F47B7B31AF8A985 | 10/13/2024 06:33:25 | Blacked Raw | 07/17/2023 | 08/17/2023 | PA0002425535 |
| 2 | Info Hash: 29AEA9597EE77E711B2314075192955C632D7096<br>File Hash:<br>D9FB8A0C1A322714554C24F3CD88A45CCAA3D22B04F62CDEA0D7FDC42A5FCE42 | 09/30/2024 04:48:07 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 3 | Info Hash: AF329175AB3680D69B9F60F2244EE998D1D563C5<br>File Hash:<br>7A808B1FFE8D88115475D5145C2CC2D115E7C81A5AACCA3F37C60046DD8B445C | 09/26/2024 16:38:16 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 4 | Info Hash: 36395841652480995098B5223045936684420070<br>File Hash:<br>8A4F7721891645944774F0EFCDA0832577DE5D6E353C899586E1DD99E3D130AC | 09/26/2024 16:26:20 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 5 | Info Hash: C62C7F4C43B078ED97A64C39DEE3CE99EDDEBCA3<br>File Hash:<br>76BB8F9FB84AF972BFC15237C3AC929F7E8D28E631E7556F6FF1ED4797C93BBD | 09/24/2024 15:41:19 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 6 | Info Hash: 9E1DBD80909388565E8024DFA4BD90AD4F8EB8F6<br>File Hash:<br>EE211EFA9D2483B22900742A54CE78CDFFDFBB3A360CD950C4D5F4A6D96BAEA5 | 08/07/2024 05:45:52 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 7 | Info Hash: CF95D6FDC8B8EFAEEB2C28D1985B9352519C20D3<br>File Hash:<br>91194949CCDA058C54B1681BE24149E230924A588FAF718E21F7FDB23FD1F117 | 08/07/2024 04:33:26 | Slayed | 03/19/2024 | 06/25/2024 | PA0002477540 |
| 8 | Info Hash: 19B691B82A9AD356F252AEF81B84A6013CACB061<br>File Hash:<br>29C6FB9A4EC7A6147B68D686FD2FEE740C64E33F3F4D955D8E0D29808A91B536 | 06/15/2024 06:15:29 | Slayed | 06/11/2024 | 09/05/2024 | PA0002491139 |
| 9 | Info Hash: 57951CE366DD384E26DFD0C33BF08A087258117F<br>File Hash:<br>1F6CCA26689C667B038C16D0800DA8EF8810E83166A419EEA419FA965E9CA7AE | 06/11/2024 06:41:03 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |
| 10 | Info Hash: 4BF714892420B13DA3C01BC3D2E82842865B4522<br>File Hash:<br>6F0DB70A656FD724A3404B85A4868E4D74C04D910DE93CEC03B69B3897FADBD4 | 06/11/2024 06:17:38 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 11 | Info Hash: 07C754BDA82020A0720C8CEDB61E2A6A111B4E1A<br>File Hash:<br>C54826AD44D673006B0ECA8AF64337269CCB73235B558DFEA6A909AA55ABAEC6 | 05/22/2024 05:22:07 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 17E79A031A502C041139C78E03EC281CB5A16CA1<br>File Hash: 82C84E935D3AB07E82311C6105C25473BD86470BFB85D7A43A8ABCD52511C2EE | 02/28/2024 21:37:30 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 13 | Info Hash: 8258A4B6203BF3D3657AF958752C5E6F0E8DA3B5<br>File Hash: BAC1C9931C7F00116631B93E0C4D798A4EC088B91265CDFF9EAA07FD8D367BDD | 02/21/2024 19:35:25 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 14 | Info Hash: 21D581A96DA1382A7CB92123C07F3906BC44BEF0<br>File Hash: 75BF68043CA1FEF78DCBD3464CF7740A66C183BB0571964F418EE64F1AB2C126 | 02/21/2024 19:25:38 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 15 | Info Hash: 122DC0856B27C505D15662DE0C91DA91739BB40E<br>File Hash: 57A7824084A6AB0615B73896BA0A4AA45DB25823B4A5D5A20446771E5B66158A | 01/18/2024 17:45:54 | TushyRaw | 05/24/2023 | 07/14/2023 | PA0002427448 |
| 16 | Info Hash: 7F8E26D6BA922A7CD58619C1CE887A6288A45CD5<br>File Hash: 4EC573D6B28F22C1DD50D921D4A3A5C17A789921B4038D6FFF68FB36F8CB28CC | 01/09/2024 20:31:42 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 17 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9<br>File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 11/30/2023 16:09:00 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 18 | Info Hash: 3294BF9C7152940158629D6ACA5E060173F458CF<br>File Hash: 48ED5D54B63BB36F7CE2FCBBA7D161F7149A1089334FD4EF467E59D350281AE3 | 11/24/2023 05:56:52 | Tushy | 11/19/2023 | 12/12/2023 | PA0002445179 |
| 19 | Info Hash: 48B2A512F9EFB07B4041EDDF93FA17C00E887238<br>File Hash: C452A1462B13E3EB9EEF93BF88FC90221EDDBA32BC7B06F8AF3BAE37ACA642C9 | 09/11/2023 19:49:30 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 20 | Info Hash: FD0FAAEEF782EFB1293BDBBC950BC4051882F074<br>File Hash: 3DFD301D68DEAC8B48937D934BA79789A5681F3CFBC1B70E7339ADDDD625AB0F | 08/30/2023 14:48:48 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 21 | Info Hash: 80DB26C91339E8E0931C21AAED4C908E7C6906A8<br>File Hash: 158CCE649F4A3813BB074C4C132BD266CD570680BA4A4DAC035C3057501068EF | 06/14/2023 18:05:29 | Blacked | 01/09/2021 | 02/09/2021 | PA0002276152 |
| 22 | Info Hash: 1E6C2C75FAC0643812756AD5F7FDD703446B78A6<br>File Hash: D2CD28B929088747A6F288C83E0BA12AD5671900E26C30C0482CAB5F25EAE7DF | 05/27/2023 05:30:52 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 23 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash: FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 05/21/2023 06:03:02 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 15A32CA1CFAD3EA65AF87CAA8C9FB09CE356E9C1<br>File Hash: 52761A8B9BABD66BC223530139667BCA7A7FA6B537B66EF70535D77A27CB3C3D | 04/24/2023 06:29:47 | Vixen | 10/22/2021 | 11/11/2021 | PA0002321272 |
| 25 | Info Hash: 6CBBBB442C2612315F5EED7712A820C458A89F7F<br>File Hash: 5733688BD9ECEE3A16EFB5959225817624F4350EA2440C498125AFAC16774F00 | 04/24/2023 06:23:10 | Tushy | 07/31/2022 | 08/30/2022 | PA0002367738 |
| 26 | Info Hash: 729BA9D53C44EF9B06D41AAC804258A5C9DE2614<br>File Hash: 6FC7868F0823B31ECF15F4EF64A0F9C5A666E1B9EEE7DD814F038810190F7F5C | 03/16/2023 19:01:43 | Tushy | 08/28/2022 | 11/01/2022 | PA0002378076 |
| 27 | Info Hash: CCC7EDD22D7238230478C0BF0D063AF60D247CC3<br>File Hash: 7DE6FC953D92A8F612FA44B230D3CEF4EF150B6206B43CA74FE5AAC6044ED5C6 | 03/16/2023 18:51:58 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |
| 28 | Info Hash: E10259BB09AFE9410D944641E94048900ADEF0F2<br>File Hash: BB40FB2FA9D578CD64AC8B698B074D104111183A93BFCEDB62320B19FCA0580E | 01/24/2023 18:03:40 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 29 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash: 57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 01/24/2023 17:47:53 | Blacked Raw | 01/19/2023 | 01/27/2023 | PA0002393081 |
| 30 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash: 462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 01/24/2023 17:45:22 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 31 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash: 769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 01/04/2023 20:56:46 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 32 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash: 8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 01/04/2023 20:51:35 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 33 | Info Hash: 8F9D3A596AF1C39AAA440D4F826E74D61884670F<br>File Hash: 1588347C9067E39D797E9ADF63148F8F32E8F6CA87F28F22301A08A0324A1612 | 01/04/2023 19:23:13 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 34 | Info Hash: 35F44879228811CF9C2110079EA8CD9171E7A611<br>File Hash: 55276562F44CADDD8899A9228D58BC97315ED70D649C5210B42D57DB4C43EB68 | 11/29/2022 16:22:39 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 35 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash: BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 11/22/2022 14:28:44 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash: DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 11/22/2022 14:14:34 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |